# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| J. ROBERT KILLIAN, | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No. |
| CITY OF MONTEREY, et al., | ) ) ) | **C12-5418** |
| _Defendant_ | ) | |

E-filing

ADR

PSG

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  City of Monterey, City Attorney's Office, 512 Pierce Street, Monterey, CA  93940
Monterey Police Department, 351 Madison Street, Monterey, CA  93940
Chief Tim Shelby, 351 Madison Street, Monterey, CA  93940
Officer Kris Richardson, 351 Madison Street, Monterey, CA  93940
Officer John Olney, 351 Madison Street, Monterey, CA  93940

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     LAW OFFICES OF JOHN L. BURRIS, 7677 Oakport Street, Suite 1120, Oakland, CA  94621 (510) 839-5200 office (510) 839-3882 fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 1 9 2012

CYNTHIA LENAHAN

_Signature of Clerk or Deputy Clerk_