UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ROBERT KILLIAN,<br><br>        Plaintiff(s),<br><br>  v.<br><br>CITY OF MONTEREY, et al.,<br><br>        Defendant(s). | No.  CV12-05418 PSG<br><br>CLERK'S NOTICE<br>RESETTING CASE MANAGEMENT<br>CONFERENCE |

**PLEASE TAKE NOTICE** that the case management conference presently set for Tuesday, December 4, 2012 **is hereby reset to Tuesday, December 18, 2012 at 2:00 p.m. before Magistrate Judge Paul S. Grewal.** Case management statement to be submitted by Tuesday, December 11, 2012.  Parties are to appear in Courtroom 5, 4th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113.

Dated: October 23, 2012

                                                           Richard W. Wieking, Clerk<br>
                                                           United States District Court

                                                           By: Oscar Rivera<br>
                                                           Courtroom Deputy Clerk to<br>
                                                           Magistrate Judge Paul S. Grewal