Vincent P. Hurley #111215
J. Omar Rodriguez #252886
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendants
CITY OF MONTEREY, TIM SHELBY,
OFFICER KRIS RICHARDSON, and OFFICER JOHN OLNEY

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| J. ROBERT KILLIAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF MONTEREY, TIM SHELBY in his official capacity as Chief of Police for the CITY OF MONTEREY, OFFICER KRIS RICHARDSON individually and in his official capacity as Police Officer for the CITY OF MONTEREY, OFFICER JOHN OLNEY individually and in his official capacity as Police Officer for the CITY OF MONTEREY, and DOES 1-25, INCLUSIVE,<br><br>          Defendants. | Case No. C12-5418-PSG<br><br>DEFENDANTS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal

/ / /

1  from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
2  Circuit.
3  Dated:  November 27, 2012

                        LAW OFFICES OF VINCENT P. HURLEY
                        A Professional Corporation

                        By:      /s/ J. Omar Rodriguez
                              J. OMAR RODRIGUEZ
                        Attorneys for Defendants CITY OF MONTEREY,
                        TIM SHELBY, OFFICER KRIS RICHARDSON,
                        and OFFICER JOHN OLNEY