```
Vincent P. Hurley #111215
J. Omar Rodriguez #252886
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone:  (831) 661-4800
Facsimile:  (831) 661-4804

Attorneys for Defendants
CITY OF MONTEREY, TIM SHELBY,
OFFICER KRIS RICHARDSON, and OFFICER JOHN OLNEY
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J. ROBERT KILLIAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF MONTEREY, TIM SHELBY in his official capacity as Chief of Police for the CITY OF MONTEREY, OFFICER KRIS RICHARDSON individually and in his official capacity as Police Officer for the CITY OF MONTEREY, OFFICER JOHN OLNEY individually and in his official capacity as Police Officer for the CITY OF MONTEREY, and DOES 1-25, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.  C12-5418-PSG<br><br>[PROPOSED] ORDER DISMISSING PORTIONS OF PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED<br>[Fed. R. Civ. P. 12(b)(6)]<br><br>Date:　January 8, 2013<br>Time:　10:00 a.m.<br><br>Magistrate Judge Paul S. Grewal<br>Courtroom 5, Fourth Floor |

　　　　Defendants CITY OF MONTEREY, TIM SHELBY, OFFICER KRIS RICHARDSON, and OFFICER JOHN OLNEY's motion to dismiss portions of Plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted in his claim for a violation of rights pursuant to 42 U.S.C. § 12132 as pleaded in the third cause of action and to dismiss Plaintiff's prayer for punitive damages as they relate to the CITY OF MONTEREY, came on for hearing on January 8, 2013 in Courtroom 5 of the United States

1  District Court, Northern District, 280 South First Street, Fourth Floor, San Jose, California.
2  Vincent Hurley appeared for the moving Defendants; Benjamin Nisenbaum appeared for the
3  Plaintiffs.
4     Having read and considered the motion to dismiss, supporting memorandum, any
5  opposition filed, and having heard argument of counsel, and good cause appearing therefor,
6     IT IS ORDERED that Defendants' motion to dismiss is GRANTED.  The following
7  claims and prayers for relief are hereby dismissed without leave to amend pursuant to Federal
8  Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted:
9     1)   Plaintiffs' claims for violation of rights pursuant to 42 U.S.C. § 12132 as alleged
10 in the third cause of action;
11    2)   Plaintiffs' prayer for punitive damages against the City of Monterey on page 9,
12 line 5, number (3) of the complaint.
13    The moving Defendants shall file their responsive pleading within 21 days of the date of
14 this order.
15 Dated: _____

_____
United States Magistrate Judge