JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ROBERT KILLIAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF MONTEREY, TIM SHELBY in his official capacity as Chief of Police for the CITY OF MONTEREY, OFFICER KRIS RICHARDSON individually and in his official capacity as Police Officer for the CITY OF MONTEREY, OFFICER JOHN OLNEY individually and in his official capacity as Police Officer for the CITY OF MONTEREY and DOES 1-25 INCLUSIVE<br><br>    Defendants.<br>_____ / | Case No. 5:12-cv-05418-PSG<br><br>**PLAINTIFF J. ROBERT KILLIAN'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PORTIONS OF PLAINTIFF'S COMPLAINT**<br><br>Date: January 8, 2013<br>Time: 10:00 a.m.<br>Location: Courtroom 5, Fourth Floor<br><br>Honorable Magistrate Judge Paul S. Grewal |

   Pending before this Court is Defendant City of Monterey ("City"), Chief of Police Tim Shelby, and Defendant Officers Kris Richardson and John Olney's Motion to Dismiss Portions of Plaintiff's Complaint set for hearing on January 8, 2013 at 10:00 a.m. (Doc. 7).   Defendant City moves this Court for an order granting dismissal of the prayer for an award of punitive damages as against it only because municipalities are immune from punitive damages under 42 U.S.C. section 1983 and punitive damages may not be awarded under section 202 of the Americans with Disabilities

Plaintiff J. Robert Killian's Statement of Non-Opposition to Defendants' Motion to Dismiss Portions of Plaintiff's Complaint.
Case No. C12-5418-PSG                                                                                                                                                           - 1

Act. Plaintiff acknowledges that he expressly and only seeks punitive damages against the individually named defendant police officers. Additionally, Defendants Shelby, Richardson and Olney move this Court for an order granting dismissal of the Third cause of action, a violation of the Americans with Disabilities Act, as against them—the individually named officers—only, as individuals are not subject to suit pursuant to 42 U.S.C. section 12132.

By this Response, Plaintiff J. ROBERT KILLIAN states that he does not oppose the Defendants' Motion to Dismiss Portions of Plaintiff's Complaint on the limited grounds set forth in their motion.

Dated:  December 10, 2012                                **LAW OFFICES OF JOHN L. BURRIS**


/s/ *John L. Burris*
John L. Burris, Esq.
Attorney for Plaintiffs