UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J. Robert Killian

Plaintiff(s),

v.

City of Monterey, Tim Shelby
Officer Kris Richardson, Officer John Olney

Defendant(s).

No. C 5:12-cv-05418-PSG

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 14, 2012

Signature

Counsel for Plaintiff, J. Robert Killian
(Plaintiff, Defendant or indicate "pro se")