UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: December 18, 2012                                Time in Court: 4 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (2:22 to 2:26)

**TITLE: J. Robert Killian v. City of Monterey, et al.**
**CASE NUMBER**: **CV12-05418 PSG**
Plaintiff Attorney(s) present: Benjamin Nisenbaum
Defendant Attorney(s) present: Omar Rodriguez and Vincent Hurley

PROCEEDINGS:
**Case Management Conference**

Case management conference held.
1/8/2013 motion to dismiss vacated; plaintiff's non-opposition on file.
Case management scheduling order to be issued.

///