UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J. ROBERT KILLIAN,<br><br>    Plaintiff,<br>  v.<br><br>CITY OF MONTEREY, et al,<br><br>    Defendants. | Case No.: C 12-5418 PSG<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

On November 28, 2012, Defendants City of Monterey, et al ("Defendants") moved to dismiss one claim and one prayer for damages from the complaint filed by Plaintiff J. Robert Killian ("Killian").[1]  Defendants sought dismissal of a claim brought pursuant to 42 U.S. C. § 12132 against the individually named defendants on the grounds that § 12132 permits causes of action only against municipalities.  Defendants also sought dismissal of Killian's pursuit of punitive damages from the City of Monterey pursuant to 42 U.S.C. § 1983 and Section 202 of the American with Disabilities Act ("ADA") on the grounds that neither § 1983 nor Section 202 of the ADA permit such a punitive damages request.  Killian does not oppose dismissing these limited claims.[2]

---

[1] *See* Docket No. 7.

[2] *See* Docket No. 9.

ORDER

In light of Killian's non-opposition, the court GRANTS Defendants' request to dismiss the 42 U.S.C. § 12132 claim against the individually-named defendants and the punitive damages claims pursuant to 42 U.S.C. § 1983 and Section 202 of the ADA against the City of Monterey.

**IT IS SO ORDERED.**

Dated: December 19, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER