UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J. ROBERT KILLIAN, ) | Case No.: 12-CV-5418-PSG |
| ) Plaintiff, ) | |
| v. ) | **CASE MANAGEMENT ORDER** |
| ) CITY OF MONTEREY, et al, ) | |
| ) Defendants. ) | |

On December 18, 2012, the parties appeared for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff ................................................................................... August 16, 2013

Designation of Opening Experts with Reports ................................................ August 30, 2013

Designation of Rebuttal Experts with Reports ........................................... September 13, 2013

Expert Discovery Cutoff ................................................................................ October 4, 2013

Deadline(s) for Filing Discovery Motions ...................................... *See* Civil Local Rule 37-3

Case No.: 12-5418
ORDER

Last Day for Dispositive Motion Hearing[1] .......................... 10:00 a.m. on December 10, 2013

Final Pretrial Conference............................................................ 2:00 p.m. on January 21, 2014

Trial ....................................................................................... 9:30 a.m. on February 24, 2014

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: January 9, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

Case No.: 12-5418
ORDER