1  JOHN L. BURRIS, Esq./ State Bar #69888
2  BENJAMIN NISENBAUM, Esq./State Bar #222173
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
4  Oakland, California 94621
   Telephone:  (510) 839-5200
5  Facsimile:   (510) 839-3882

6  Attorneys for Plaintiff
7  J. ROBERT KILLIAN

**GRANTED**
*Paul S. Grewal*
Judge Paul S. Grewal

8              UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA

11 J. ROBERT KILLIAN,                        ) Case No. 5:12-cv-05418-PSG
                                             )
12         Plaintiff,                        ) **REQUEST FOR TELEPHONIC**
                                             ) **APPEARANCE AT STATUS**
13     vs.                                   ) **CONFERENCE**
                                             )
14 CITY OF MONTEREY, TIM SHELBY in his       ) The Hon. Magistrate Judge Paul S. Grewal
   official capacity as Chief of Police for the CITY )
15 OF MONTEREY, OFFICER KRIS                 ) Date: January 14, 2014
   RICHARDSON individually and in his official ) Time: 10:00 a.m.
16 capacity as Police Officer for the CITY OF ) Location: Courtroom 5, Fourth Floor
17 MONTEREY, OFFICER JOHN OLNEY              )
   individually and in his official capacity as Police )
18 Officer for the CITY OF MONTEREY and      )
19 DOES 1-25 INCLUSIVE                       )
                                             )
20         Defendants.                       )
21 _____   )

23     Due to a scheduling conflict, Plaintiff Robert J. Killian (Plaintiff) hereby requests permission

24 to appear telephonically, through counsel, at the Status Conference hearing scheduled for January 14,

25 2014 at 10:00 a.m. in Courtroom 5, Fourth Floor of the above-entitled court.

26     Plaintiff's counsel Benjamin Nisenbaum is currently scheduled to be at an expert deposition

27 on January 14, 2014 at 10:00 a.m. in Oakland, California in another matter that was scheduled

prior to the Killian Status Conference.

If such request is granted, counsel will contact CourtCall at (866) 582-6878 to schedule a telephonic appearance.

Dated:  January 13, 2014                                   **LAW OFFICES OF JOHN L. BURRIS**

/s/ *Benjamin Nisenbaum*
Benjamin Nisenbaum, Esq.
Attorney for Plaintiff
J. Robert Killian