UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J. ROBERT KILLIAN, ) | Case No. 5:12-cv-05418-PSG |
| ) | |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| v. ) | |
| ) | |
| CITY OF MONTEREY, et al., ) | |
| ) | |
| Defendants. ) | |

This morning the parties appeared telephonically for a status conference in this case. Plaintiff's counsel represented at the status conference that his client has not, as of yet, been willing to finalize the settlement agreement reached by the parties and reflected on the docket.[1]  Plaintiff's counsel noted that he anticipates filing a motion to withdraw from this case.[2]  In light of these representations, the court ORDERS Plaintiff J. Robert Killian to show cause within thirty days why this case should not be dismissed for failure to prosecute.  The trial date scheduled for this Monday, February 24, 2014, is vacated.  An order to show cause hearing is scheduled for Tuesday, March 25, 2014, at 9 a.m.

---

[1] *See* Docket No. 38.

[2] Plaintiff's counsel shall notice any motion to with draw on the same date as the order to show cause hearing date – Tuesday, March 25, 2014.

1

Case No. 5:12-cv-05418-PSG
ORDER TO SHOW CAUSE

**IT IS SO ORDERED.**

Dated: February 20, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge